MILTON MAURER et al., Appellants, *v.* THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.

Argued January 3, 1945; decided February 21, 1945.

*Ralph Stout, Louis Rothbard* and *Sanford L. Gore* for appellants.

*Ignatius M. Wilkinson, Corporation Counsel* (*Fred Iscol* and *Joseph F. Mulqueen, Jr.,* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.